UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>JOHN EDWARD SAFFER,<br>Debtor | Case No: 20-14015 - JGR |
| | Chapter 7 |
| COLORADO HOUSING AND FINANCE AUTHORITY<br>and its SUCCESSORS, ASSIGNS, SERVICERS,<br>TRUSTEES AND INVESTORS,<br>Creditor<br>vs.<br>JOHN EDWARD SAFFER and JEANNE Y JAGOW,<br>Trustee<br>Respondents | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM STAY)**

On JUNE 19, 2020, COLORADO HOUSING AND FINANCE AUTHORITY, filed a motion pursuant to Local Bankruptcy Rule 4001-1 entitled Motion for Relief from Stay. Movant hereby certifies and shows the court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), as is shown on the certificate of service previously filed with the notice.

2. A hearing on said motion/application was scheduled for **JULY 14, 2020 at 1:00 P.M.** No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 19) granting the requested relief.

Dated: July 14, 2020      Janeway Law Firm, P.C.
Attorneys for COLORADO HOUSING AND FINANCE AUTHORITY

*/s/ David R. Doughty*
Lynn M. Janeway #15592
David R. Doughty #40042
Alison L. Berry #34531
Nicholas H. Santarelli #46592
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (303) 706-9990 Fax: (303) 706-9994
bankruptcy@janewaylaw.com
JLF No.: 20-023933

---

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.

Dated: _____ Signature of Deputy Clerk _____